```
          IN THE UNITED STATES DISTRICT COURT
         FORT THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

REGINALD HOYLE,

    Plaintiff,

v.

JERRY R. MITCHELL, JR. AND JR'S TOWING & RECOVERY,

    Defendant.

CIVIL ACTION FILE NUMBER: 1:22-cv-00488-MLB

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**1. Plaintiff Reginald Hoyle;**

**2. Defendant Jerry R. Mitchell, Jr.;**

**3. JR's Towing & Recovery.**[1]

---

[1] Defendant Jerry R. Mitchell, Jr. contends JR's Towing & Recovery is improperly identified because it is a trade name and is not a separate entity.

2.

The undersigned further certify that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**(1) Counsel for Plaintiff: Blake Fluevog, Esq. and Morgan & Morgan, P.C.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| BLAKE FLUEVOG | NICHOLAS D. BEDFORD |
| --- | --- |
| Georgia Bar No. 838726 | Georgia Bar No. 940659 |
| | |
| | GRANT B. SMITH |
| | Georgia Bar No. 658345 |
| | Counsel for Defendants |

Submitted this 9th day of March, 2022.

Respectfully submitted,

DENNIS, CORRY, SMITH & DIXON, LLP

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
Georgia bar number 658345

/s/ *Nicholas D. Bedford*
NICHOLAS D. BEDFORD, ESQ.
Georgia bar number 940659
For the Firm
Attorneys for Defendants

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 926-3688
(404) 365-0134 Facsimile
Gbs@dcplaw.com
Nbedford@dcplaw.com

<u>CERTIFICATE OF SERVICE</u>

I electronically filed this **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

```
Blake Fluevog, Esq.
178 S. Main Street
Unit 300
Alpharetta, GA 30009
bfluevog@forthepeople.com
```

I also mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

This 9th day of March, 2022

/s/ *Nicholas D. Bedford*
NICHOLAS D. BEDFORD, ESQ.
For the Firm


THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Courier New, 12 pt.

-4-