RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 22 2022

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| REGINALD HOYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| vs. ) | File No: 1:22-cv-00488-MLB |
| ) | |
| COCA-COLA CONSOLIDATED, INC. ) | |
| and INDEMNITY INSURANCE ) | |
| COMPANY OF NORTH AMERICA ) | |
| ) | |
| Intervenor Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| JERRY MITCHELL, JR. and JR'S ) | |
| TOWING & RECOVERY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the applicants, Coca-Cola Consolidated, Inc. and Indemnity Insurance Company of North America, move this Court to intervene in this personal injury lawsuit as a party Plaintiff. This lawsuit arises from an accident that occurred on or about December 23, 2020, when the Plaintiff, Reginald Hoyle, was injured while he was acting in the course of his employment with Coca-Cola Consolidated, Inc.

1

Coca-Cola Consolidated, Inc. and Indemnity Insurance Company of North America have shown that Plaintiff Hoyle has received benefits under the Workers' Compensation Act (O.C.G.A. § 34-9-1 et. seq.), and now seek to intervene pursuant to O.C.G.A. § 34-9-11.1(b), claiming a subrogation lien against Plaintiff's potential tort recovery.

Rule 24 of the Federal Rules of Civil Procedure provides that any entity may intervene as a matter of right when the entity claims an interest relating to the transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter may impair or impede the movant's ability to protect its interest. Upon review of the record, and under the authority of O.C.G.A. § 34-9-11.1(b), this Court finds that Coca-Cola Consolidated, Inc. and Indemnity Insurance Company have a subrogation lien against the Plaintiff's recovery from the alleged Defendants, and have a right to intervene in order to protect and enforce their potential subrogation lien against the Plaintiff's tort recovery, if any. Accordingly, pursuant to Rule 24 of the Federal Rules of Civil Procedure, this Court grants Coca-Cola Consolidated, Inc. and Indemnity Insurance Company of North America's Motion to Intervene into this action as party Plaintiffs.

THIS _____ day of _____, 2022.

                                              JUDGE SARAH E. GERAGHTY, United States District Court for the Northern District of Georgia

Prepared by:

/s/ Christopher A. Whitlock

CHRISTOPHER A. WHITLOCK
Counsel for Intervenor Plaintiffs

MCANGUS GOUDELOCK AND COURIE, LLC
270 Peachtree Street, NW
Suite 1800
Atlanta, GA 30343
678-500-7300

-----

P.O. Box 57365
Atlanta, GA 30343
cwhitlock@mgclaw.com