IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| REGINALD HOYLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COCA-COLA CONSOLIDATED, INC. ) <br> and INDEMNITY INSURANCE ) <br> COMPANY OF NORTH AMERICA ) <br> ) <br> Joint Intervenor Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JERRY MITCHELL, JR. and JR'S ) <br> TOWING & RECOVERY, ) <br> ) <br> Defendants. ) | Civil Action <br> File No. 1:22-cv-00488-MLB |

### CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, I electronically filed this Proposed Order with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

-4-

Blake Fluevog, Esq.
178 S. Main Street
Unit 300
Alpharetta, GA 30009
bfluevog@forthepeople.com

Grant B. Smith, Esq.
Nicholas D. Bedford, Esq.
900 Circle 75 Parkway
Suite 1400
Atlanta, GA 30339
gbs@dcplaw.com
nbedford@dcplaw.com

THIS 22nd day of April, 2022.

/s/ Christopher A. Whitlock

CHRISTOPHER A. WHITLOCK
Ga. Bar No.: 756210
Attorney for Intervenor Plaintiffs

MCANGUS GOUDELOCK AND COURIE, LLC
270 Peachtree Street, NW
Suite 1800
Atlanta, GA 30343
678-500-7300

-----

P.O. Box 57365
Atlanta, GA 30343
cwhitlock@mgclaw.com