


**Reply To**
CHRISTOPHER WHITLOCK
DIRECT DIAL: (678)500-7318
CWHITLOCK@MGCLAW.COM

April 22, 2022

VIA HAND DELIVERY
United States Courthouse
Northern District Court
75 Ted Turner Dive SW
Atlanta, Georgia 30303

RE:  Reginald Hoyle v. Coca-Cola Bottling Co and Indemnity Insurance Company of North America c/o Gallagher Bassett Services, Inc.
Date of Accident:   December 23, 2020
SBWC File No.:      2021-006478
Our File No.:       2098.21724
Claim No.:          002152-023381-WC-01

Dear Court Clerk:

Please accept the following filings for submission today in the Federal Court:

- Motion to Intervene with Exhibit A
- Entry of Appearance
- Intervenor Complaint
- Proposed Order

Please feel free to contact me if you have any questions.

Very truly yours,

Christopher Whitlock

C_W/_eh
Enclosure

**McANGUS GOUDELOCK & COURIE LLC**

270 PEACHTREE ST. NW, STE 1800
POST OFFICE BOX 57365 (30343)
ATLANTA, GA 30303

678.500.7300 PHONE
678.669.3546 FAX
WWW.MGCLAW.COM