# United States District Court

Northern DISTRICT OF Georgia

Reginald Hoyle

V.

Jerry R Mitchell Jr and Jrs Towing & Recovery

## EXHIBIT AND WITNESS LIST

Case Number: 1:22-cv-00488-SEG

| PRESIDING JUDGE  Sarah Geraghty | PLAINTIFF'S ATTORNEY  B. Fluevog, R. Wilkins, G. Bosseler | DEFENDANT'S ATTORNEY  Grant B. Smith & Angela Cooper |
|---|---|---|
| TRIAL DATE(S)  July 22- 26, 2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Ga Motor Vehicle Crash Report (DOI: 12/23/2020) |
| 2 | | | | | Property Damage Photo - Plaintiff's Vehicle |
| 3 | | | | | Property Damage Photos - Defendant's Vehicle |
| 4 | | | | | Colorized MRI Photo # 1 Thoracic Spine |
| 5 | | | | | Colorized MRI Photo # 2 Thoracic Spine |
| 6 | | | | | Medical Bills & Itemization from all treating providers |
| 7 | | | | | Medical Records from treating providers including: |
| 7A | | | | | Medical Records from Grady EMS |
| 7B | | | | | Medical Records from Onyx Imaging |
| 7C | | | | | Medical Records from Grady Memorial Hospital |
| 7D | | | | | Medical Records from TBI Diagnostic |
| 7E | | | | | Medical Records from American Health Imaging |
| 7F | | | | | Medical Records from Northside Radiology Associates |
| 7G | | | | | Medical Records from Peachtree Orthopedics Clinic & Surgery Center |
| 7H | | | | | Medical Records from Atlanta Neurology |
| 7I | | | | | Medical Records from Injury 2 Wellness |
| 7J | | | | | Medical Records from Northside Hospital Atlanta |
| 7K | | | | | Medical Records from South Atlanta Neurology |
| 7L | | | | | Medical Records from United Neurology |
| 7M | | | | | Medical Records from Regenerative Spine & Pain Specialists |
| 7N | | | | | Medical Records from Primary Anesthesia |
| 8 | | | | | Office Note from FlexWork (6/3/2019) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

^• AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Medical Records from     DISTRICT OF     Georgia

Reginald Hoyle

V.

Jerry R Mitchell Jr and Jrs Towing & Recovery

**EXHIBIT AND WITNESS LIST**

Case Number: 1:22-cv-00488-SEG

| PRESIDING JUDGE<br>Sarah Geraghty | PLAINTIFF'S ATTORNEY<br>B. Fluevog, R.Wilkins, G.Bosseler | DEFENDANT'S ATTORNEY<br>Grant B. Smith & Angela Cooper |
|---|---|---|
| TRIAL DATE (S)<br>July 22-26, 2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 9 | | | | | Life Care Plan |
| | | | | | |
| | | | | | Plaintiff, Reginald Hoyle |
| | | | | | Defendant, Jerry R Mitchell |
| | | | | | Shelvin D Pollydore, MD |
| | | | | | Zwade Marshall, MD |
| | | | | | Steven B Barnett, B.S, D.C, CBIS |
| | | | | | Sharon Anson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of __2__ Pages