UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGINALD HOYLE,<br><br>      Plaintiff,<br><br>v.<br><br>JERRY R. MITCHELL, JR., d/b/a<br>JR'S TOWING & RECOVERY,<br><br>      Defendant. | CIVIL ACTION NO.<br><br>1:22-CV-00488-SEG |

## LIMITING INSTRUCTION

Before you begin your deliberations, I give you the following, additional instruction. In Defendant's closing argument, it was stated that you could consider in your deliberations the question of who might be required to pay any damages awarded in this case. This argument is not permitted under the law, and I instruct you to disregard what counsel said. I instruct you that you should <u>not</u> consider in your deliberations what person or what entity might pay any damages that the jury might award. Your duty is to consider whether Plaintiff proved his claim by a preponderance of the evidence and to follow my instructions regarding damages to be awarded, if any. Again, it would not be proper for the jury to consider who ultimately would pay any damages that the jury might award in this case.